

# THE PRINCE GEORGE'S COUNTY GOVERNMENT



**OFFICE OF LAW**
Room 5121, County Administration Building
Upper Marlboro, Maryland 20772
(301) 952-5539
Fax: (301) 952-3071

March 21, 2003

## CONFIDENTIAL SETTLEMENT NEGOTIATIONS

**VIA FACSIMILE ONLY**

Gregory Lattimer, Esq.
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005

    Re:   *Mabel Jones v. Prince George's County, Maryland*: Case No. 00-2902

Dear Mr. Lattimer:

    The Defendants make the following offer of settlement for all claims and costs in the above referenced matter:

    a.    Four million ($4,000,000) dollars payable to Nina Jones by annuity over a period of 30 years. Specifically, this would involve payment of $250,000 at settlement; annual payments of $100,000 for 30 years to begin one year after settlement; $250,000 payment at year 20; $500,000 payment at year 30. Detailed financial analysis will be provided upon receipt of your email address.

    b.    Four hundred fifty thousand ($450,000) dollars paid at settlement for attorney fees, costs and all other expenses.

    c.    The settlement is contingent upon the acceptance and signing of a compete release by the parties.

    This offer shall remain effective for ten (10) days from the date of this letter or until rejected, whichever occurs sooner. If no response is received within ten (10) days of the date of this letter, the offer is automatically withdrawn.



DEFENDANT'S EXHIBIT 8

Letter to Gregory Lattimer
March 21, 2003
Page 2

Sincerely,

*Rhonda L. Weaver* /s JHC

Rhonda L. Weaver
Associate County Attorney