


# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

Room 5121, County Administration Building
Upper Marlboro, Maryland 20772
(301) 952-5539
Fax: (301) 952-3071

Jack B. Johnson
County Executive

David S. Whitacre
County Attorney

January 5, 2004

**CONFIDENTIAL SETTLEMENT NEGOTIATIONS**

**FIRST-CLASS MAIL**
Terrell N. Roberts, III
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737

Michael S. Rosier, Esquire
6188 Oxon Hill Road
Suite 801
Oxon Hill, Maryland 20745

Gregory Lattimer, Esq.
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005

Re: *Jackson, et al. v. Prince George's County, et al:* CAL 01-03974
    *Jones v. Prince George's County, et al:* 00-2902

Dear Counsel:

In an effort to see if all lawsuits pertaining to the police shooting of Prince Jones, Jr. can be resolved, the County would suggest that all parties in both the Maryland and District of Columbia lawsuits mediate this matter with the Honorable Howard Chasanow. Please advise no later than January 15, 2004 if you would consent to this mediation.

Sincerely,

Rhonda L. Weaver
Associate County Attorney

DEFENDANT'S EXHIBIT 10

14741 Gov. Oden Bowie Drive, Suite 5121, Upper Marlboro, Maryland
(301) 952-5225  FAX (301) 952-3071