

# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

Jack B. Johnson
County Executive

David S. Whitacre
County Attorney

Writer's Direct Dial: (301) 952-5239

March 10, 2006

**BY FACSIMILE—(202) 638-0091—AND UNITED STATES POSTAL SERVICE**

Gregory L. Lattimer, Esquire
1100 H Street, N.W. Suite 920
Washington, D.C. 20005

Re: *Nina Jones, et al. v. Prince George's County, Maryland, et al.*, CAL 01-3974
*Mable Jones v. Prince George's County, Maryland, et al.*, AW 04-3044

Dear Mr. Lattimer: Greg

In our conversation of February 22, 2006, you demanded an aggregate of $1,750,000 for your client to resolve the above-referenced matters. Please be advised that your offer was considered by the County and has been declined.

If I can be of any further information or assistance, please do not hesitate to contact me.

Sincerely,

Jay H. Creech

jhc/jone74-c|rct/lattimer2.doc



14741 Gov. Oden Bowie Drive, Suite 5121, Upper Marlboro, Maryland 20
(301) 952-5225 FAX (301) 952-3071