# DR. MABLE S. JONES
*7 Latham Parkway,*
*Elkins Park, Pennsylvania 19027*

November 27, 2006

Jack B. Johnson
County Executive
The Prince George's County
 Government
14741 Governor Oden Bowie Drive
Upper Marlboro, Maryland 20772-3050

Dear Mr. Johnson:

    If you recall, on September 1, 2000, my son, Prince Carmen Jones, Jr., was shot multiple times resulting in his tragic death, by Officer Carlton Jones, a Prince George's County officer who should not have been in Virginia that day. Officer Jones had demonstrated over the years that he was not a trust worthy individual and you, in fact, when you were States' Attorney, declined to prosecute cases in which he was involved. In contrast, my son was a college student, who had enlisted in the U.S. Navy's Nuclear Program, was a single father raising an infant daughter, and was a law abiding citizen with everything to live for. His life was tragically cut short by the acts of Officer Carlton Jones.

    As the mother of Prince Carmen Jones, Jr., I and my attorneys have been involved in litigation with Prince George's County over his senseless death for over six (6) years now. I have endured one(1) trial, another in federal court is on the horizon, and three (3) appeals are currently pending. To date, the County has agreed to settle with Nina Jones and Prince Carmen Jones, Sr. My attorneys have been advised that because of my outspokenness regarding my son's death and my so-called "crusade" to bring about justice, no settlement will be extended to me. The County's refusal to bring full closure of all outstanding claims only ensures that the litigation over my son's death will continue.

    To put an end to this litigation, I am appealing to you, out of a sense fairness, to help bring about the complete resolution of this case in a dignified manner. The County has already agreed to pay Nina Jones $ 2.3 million and Prince Carmen Jones $200,000. These amounts are consistent with the Circuit Court jury award. I am asking that you do the following to bring about a full resolution. A Prince George's County Jury awarded me $1 million and I ask that the County honor that award as it did with Nina Jones and Prince Carmen Jones, Sr., and pay me that amount. A federal claim is pending in the United States District Court for the District of Maryland and I ask that $1 million be paid to resolve that claim. Those funds would be distributed to my attorney for their fees ($800,000) and for costs and expenses ($200,000).

    After six (6) years of litigation and the potential for another five (5) years of litigation regarding the death of a young man whose death we both surely agree was no less tragic than unwarranted.


DEFENDANT'S EXHIBIT 16

I do trust that you will give this matter your serious consideration and that you will conclude that it is in the best interest of all that this matter be resolved consistent with the proposal set forth above.

Very truly yours,

Mable S. Jones