IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Candace Jackson, et al
           Plaintiff(s)

Vs.                                    CAL 01-03974

Prince George's County, et al
           Defendant(s)

JUDGMENT

This matter having been decided by:

☐ A judge:

☒ A jury verdict,

with Judge Lombardi presiding, it is

this 19th day of January, 20 06

ORDERED AND ADJUDGED that:

☐ the complaint is dismissed without leave to amend.

☒ Judgment is granted in favor of the plaintiff,

Prince Carmen Jones, Sr.
(Party/Parties for Whom Judgment Granted)

And against the defendants,

Prince George's County and Corporal Carlton B. Jones
(Party/Parties Against Whom Judgment Granted)

☒ in the sum of $ 200,000.00

☐ all relief is denied.

☒ No costs are assessed against the defendants

ENTERED ON GENERAL INDEX

Rosalyn E. Pugh
CLERK OF

AOC-CC-302
2/03

DEFENDANT'S EXHIBIT 17